RAFAEL TIRADO, Appellant, *v.* GERALD LUBARSKY et al., Respondents.

Supreme Court, Appellate Term, First Department, October 20, 1966.

*Bobick & Deutsch* (*Ira A. Deutsch* and *Samuel H. Golden* of counsel), for appellant. *Bachkoff, Miller & Steger* (*Jacob Bachkoff* and *William F. Larkin* of counsel), for respondents.

Judgment unanimously affirmed, with $25 costs. No opinion.

Concur — STREIT, GOLD and HOFSTADTER, JJ.

Judgment affirmed, etc.